1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
8  DISTRICT OF NEW JERSEY
9

| | |
|---|---|
| ANN C. ESPINOZA, | No. |
| Plaintiff, | |
| v. | **COMPLAINT** |
| AJAI A. LOWE, UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiffs, ANN C. ESPINOZA, state the following by way of complaint against the defendant:

## JURISDICTION

1.      This court has jurisdiction under 28 U.S.C. § 1331. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## VENUE

2.      Venue is proper pursuant Plaintiffs, ANN C. ESPINOZA, state the following by way of complaint against the defendant:

## JURISDICTION

3.     This court has jurisdiction under 28 U.S.C. § 1331. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

**VENUE**

4.     Venue is proper pursuant to 28 U.S.C. § 1391 because the defendant is a federal government official, and the plaintiff lives in this district.

**THE PARTIES**

5.     The Plaintiff, ANN C. ESPINOZA, reside at 307 S. 10ᵗʰ Avenue, Apt C in the borough of Highland Park, County of Middlesex, State of New Jersey.

6.     At all times material, Defendant AJAI A. LOWE, was a resident of New Jersey with his last known address at 84 2nd Street, Apt 1, City of Elizabeth, County of Union, and state of New Jersey.

7.     The defendant, UNITED STATES OF AMERICA, through its designated agency, the UNITED STATES POSTAL SERVICE, operates the Edison Post Office (hereafter □the premises□), located at 21 Kilmer Road, in the Township of Edison, County of Middlesex, State of New Jersey.

8.     At that time and place, Defendant, AJAI A. LOWE, was the operator of a certain motor vehicle owned by Defendant, UNITED STATES POSTAL SERVICE, which motor vehicle was being operated as a permissive user of the owner and/or as the agent, servant and/or employee of the owner of a motor vehicle which struck the plaintiff while making a left turn.

**FIRST COUNT**

9.      On or about December 10, 2016, Plaintiff, ANN C. ESPINOZA, was the owner and operator of a motor vehicle, which was traveling eastbound along Kilmer Road in the City of Plainfield, County of Union, New Jersey.

10.     At said time and place, the Defendant, AJAI A. LOWE, was the permissive driver of another automobile, that was owned by Defendant, UNITED STATES POSTAL SERVICE.

11.     At said time and place, the Defendant, AJAI A. LOWE, was acting on his own behalf and as authorized agent of UNITED STATES POSTAL SERVICE.

12.     At said time and place, the Defendant, AJAI A. LOWE, individually and as authorized agent of Defendant, UNITED STATES POSTAL SERVICE, was operating a vehicle in a westbound direction attempting to make a left turn onto Kilmer Road from 21 Kilmer Road in the City of Plainfield, County of Union, New Jersey.

13.     At this time and place, it became and was the duty of the Defendant, AJAI A. LOWE, to exercise due care and caution in the operation of his motor vehicle having due regard for the traffic and use of the roadway.

14.     At this time and place, the Plaintiff, ANN C. ESPINOZA, was driving with due care and caution, along and upon the roadway, as aforesaid.

15.     At this time and place, the Defendant, AJAI A. LOWE, negligently drove his automobile into the front passenger side of Plaintiff's vehicle and causing Plaintiff to violently collide with Defendant

16.     The Defendants, did so negligently and carelessly own, operate and/or maintain the aforesaid motor vehicle so as to cause same to collide with the vehicle of Plaintiff.

17.     As a direct and proximate result of the negligence of the defendants, plaintiff, was caused to sustaining severe bodily injuries, was painfully and permanently injured, incurred, and in the future will incur, medical expenses in an effort to cure herself of her injuries, and was otherwise prevented from attending to her regular pursuits, employment, duties and obligations.

18.     In accordance with the requirements of the law, a Standard Form 95 Claim For Damage, Injury, or Death, was filed on behalf of the plaintiffs in this matter in a timely fashion, on May 26, 2017.

**WHEREFORE,** plaintiff, Ann C. Espinoza, demands judgment on this count against the defendant, United States of America, for compensatory damages in the sum of $500,000 interest, and costs of suit.

### NOTICE OF DESIGNATION OF TRIAL COUNSEL

Plaintiffs hereby designate Harold J. Gerr, Esq, as Trial Counsel.

John W. Bensulock, Esq.  NJ ID 0587611994
HAROLD J. GERR
Counselor at Law
47 Raritan Avenue, 2nd Floor
Highland Park, NJ 08904
(732) 249-4600
Attorneys for plaintiffs

DATE:  December 7, 2018

4